

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 9, 2021**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| AAC Holding Corp.,[1] | § | |
| | § | |
| Debtor. | § | Case No. 21-30057 (HDH) |
| | § | |
| AAC Holding Corp.; Prudential Capital Partners IV, L.P.; Prudential Capital Partners Management Fund IV, L.P.; Prudential Capital Partners (Parallel Fund) IV, L.P.; and Falcon Strategic Partners IV, LP, | § § § § § § | |
| | § | Adversary No. 21-03002 (HDH) |
| Plaintiffs, | § | |
| v. | § | |
| | § | |
| Bradley Dietz; Don MacKenzie; and Cerberus Business Finance, LLC, | § § | |
| | § | |
| Defendants. | § § | |

## STIPULATION AND AGREED ORDER

This Stipulation and Agreed Order is entered into this 3rd day of February, 2021, by and among Prudential Capital Partners IV, L.P., Prudential Capital Partners Management Fund IV,

---

[1] The Debtor's mailing address is 1550 W. Mockingbird Lane, Dallas, TX 75235.

{HD111461.1}
4821-6655-6891.1

L.P., Prudential Capital Partners (Parallel Fund) IV, L.P., and Falcon Strategic Partners IV, LP (collectively, "<u>PCP-Falcon</u>"); Cerberus Business Finance, LLC ("<u>Cerberus</u>"); Bradley Dietz; Don MacKenzie; and AAC Holding Corp. (the "<u>Voluntary Debtor</u>") (together, the "<u>Parties</u>").

## RECITALS

**WHEREAS,** PCP-Falcon and the Voluntary Debtor filed the Complaint on January 15, 2021 [Adv. Dkt. No. 1];

**WHEREAS,** the Court held a status conference on January 21, 2021, at which the Parties notified the Court of ongoing settlement discussions and asked for a brief continuance;

**WHEREAS,** the Court held a second status conference on January 27, 2021, and the Parties again notified the Court of ongoing settlement discussions and asked for a second brief continuance;

**WHEREAS,** the Court held a third status conference on February 3, 2021, and the Parties notified the Court of a likely settlement and that the Parties would be filing the instant stipulation at the earliest possible time to ask for an extension of all deadlines;

**WHEREAS,** the Parties have agreed by stipulation on February 3, 2021 to extend the answer dates issued by the Court on January 15, 2021 [Adv. Dkt. No. 2] until 5:00 Central Time on February 25, 2021;

**WHEREAS,** the Parties have further agreed by stipulation on February 3, 2021 to toll all other deadlines, including any pleading or responsive deadlines, until 5:00 Central Time on February 25, 2021;

**WHEREAS,** good cause exists to toll all deadlines in that the Parties are currently engaged in productive settlement discussions aimed at reflecting a global resolution and preventing further litigation;

3

**WHEREAS,** the Parties require additional time to finalize the settlement agreement reached in principle.

**IT IS NOW THEREFORE STIPULATED AND AGREED AS FOLLOWS:**

The deadline for Bradley Dietz; Don MacKenzie; and Cerberus Business Finance, LLC to answer, move, or otherwise respond to the Complaint filed by AAC Holding Corp.; Prudential Capital Partners IV, L.P.; Prudential Capital Partners Management Fund IV, L.P.; Prudential Capital Partners (Parallel Fund) IV, L.P.; and Falcon Strategic Partners IV, LP is hereby extended until 5:00 p.m. Central Time on February 25, 2021. Further, all other deadlines shall be tolled until 5:00 p.m. Central Time on February 25, 2021.

**### END OF ORDER ###**

**STIPULATED AND AGREED TO BY:**

By: _/s/ Lydia R. Webb_
Jason S. Brookner
TBN: 24033684
Lydia R. Webb
TBN: 24083758
**GRAY REED & McGRAW LLP**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email:  jbrookner@grayreed.com
           lwebb@grayreed.com

-and-

Paul M. Basta (*pro hac vice*)
Lewis R. Clayton (*pro hac vice*)
Robert A. Britton (*pro hac vice*)
William A. Clareman (*pro hac vice*)
Sean A. Mitchell (*pro hac vice*)
**PAUL WEISS, RIFKIND WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 373-3000
Facsimile:  (212 757-3990
Email: pbasta@paulweiss.com
           lclayton@paulweiss.com
           rbritton@paulweiss.com
           wclareman@paulweiss.com
           smitchell@paulweiss.com

*Counsel for Prudential Capital Partners IV, L.P.;*
*Prudential Capital Partners Management Fund*
*IV, L.P.; Prudential Capital Partners (Parallel Fund)*
*IV, L.P.; and Falcon Strategic Partners IV, LP,*

By: */s/ Susan B. Hersh*
Susan B. Hersh
Texas State Bar No. 09543925
**SUSAN B. HERSH, P.C.**
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Telephone: (972) 503-7070
Fax: (972) 503-7077
Email:  susan@susanbhershpc.com

*Proposed Counsel to AAC Holding Corp.*

By: */s/ Amy K. Anderson*

| | |
|---|---|
| Adam C. Harris | Joseph E. Bain |
| (*pro hac vice* forthcoming) | Texas Bar No. 24085187 |
| Gayle R. Klein | Amy K. Anderson |
|   Texas Bar No. 00797348 | Texas Bar No. 24077064 |
| Peter J. Amend | Gabrielle A. Ramirez |
| (*pro hac vice* forthcoming) | (*pro hac vice* forthcoming) |
| Kelly (Bucky) Knight | **JONES WALKER LLP** |
| (*pro hac vice* forthcoming) | 811 Main Street, Suite 2900 |
| **SCHULTE ROTH & ZABEL LLP** | Houston, Texas 77002 |
| 919 Third Avenue | Tel:    (713) 437-1800 |
| New York, New York 10022 | Fax:   (713) 437-1810 |
| Tel:    (212) 756-2000 | Email:  jbain@joneswalker.com |
| Fax:   (212) 593-5955 |           aanderson@joneswalker.com |
| Email:  adam.harris@srz.com |           gramirez@joneswalker.com |
|            gayle.klein@srz.com | |
|            peter.amend@srz.com | Mark A. Mintz |
|            kelly.knight@srz.com | (*pro hac vice* forthcoming) |
| | Caroline V. McCaffrey |
| | (*pro hac vice* forthcoming) |
| | **JONES WALKER LLP** |
| | 201 St. Charles Avenue |
| | New Orleans, Louisiana 70170 |
| | Tel:    (504) 582-8000 |
| | Fax:   (504) 582-8583 |
| | Email:  mmintz@joneswalker.com |
| |           cmccaffrey@joneswalker.com |

*Counsel to Defendant Cerberus Business Finance, LLC*

By: */s/ Laura Davis Jones*
Laura Davis Jones
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com

Michael D. Warner (TX Bar No. 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com

*Counsel to Bradley Dietz and Don MacKenzie*