**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| AAC Holding Corp.,[1] | § | |
| Debtor. | § | Case No. 21-30057 (HDH) |
| | § | |
| AAC Holding Corp.; Prudential Capital Partners IV, L.P.; Prudential Capital Partners Management Fund IV, L.P.; Prudential Capital Partners (Parallel Fund) IV, L.P.; and Falcon Strategic Partners IV, LP, | § | |
| Plaintiffs, | § | Adversary No. 21-03002 (HDH) |
| v. | § | |
| Bradley Dietz; Don MacKenzie; and Cerberus Business Finance, LLC, | § | |
| Defendants. | § | |

## STIPULATION AND AGREED ORDER

This Stipulation and Agreed Order is entered into this 19th day of February, 2021, by and

among Prudential Capital Partners IV, L.P., Prudential Capital Partners Management Fund IV,

---

[1]    The Debtor's mailing address is 1550 W. Mockingbird Lane, Dallas, TX 75235.

L.P., Prudential Capital Partners (Parallel Fund) IV, L.P., and Falcon Strategic Partners IV, LP (collectively, "PCP-Falcon"); Cerberus Business Finance, LLC ("Cerberus"); Bradley Dietz; Don MacKenzie; and AAC Holding Corp. (the "Voluntary Debtor") (together, the "Parties").

## RECITALS

**WHEREAS,** PCP-Falcon and the Voluntary Debtor filed the Complaint on January 15, 2021 [Adv. Dkt. No. 1];

**WHEREAS,** the Court held a status conference on January 21, 2021, at which the Parties notified the Court of ongoing settlement discussions and asked for a brief continuance;

**WHEREAS,** the Court held a second status conference on January 27, 2021, and the Parties again notified the Court of ongoing settlement discussions and asked for a second brief continuance;

**WHEREAS,** the Court held a third status conference on February 3, 2021, and the Parties notified the Court of a likely settlement and that the Parties would be filing the instant stipulation at the earliest possible time to ask for an extension of all deadlines;

**WHEREAS,** the Court entered on order on February 9, 2021 [Adv. Dkt. No. 8] to extend the answer dates until 5:00 Central Time on February 25, 2021, and to toll all other deadlines, including any pleading or responsive deadlines, until 5:00 Central Time on February 25, 2021;

**WHEREAS,** the Parties have agreed by stipulation on February 16, 2021 to further extend the answer dates until 5:00 Central Time on March 4, 2021;

**WHEREAS,** the Parties have further agreed by stipulation on February 16, 2021 to toll all other deadlines, including any pleading or responsive deadlines, until 5:00 Central Time on March 4, 2021;

4849-1935-3051.1

Case 21-03002-hdh Doc 10 Filed 02/19/21    Entered 02/19/21 10:30:37    Page 3 of 6

**WHEREAS,** good cause exists to toll all deadlines in that the Parties are currently engaged in productive settlement discussions aimed at reflecting a global resolution and preventing further litigation;

**WHEREAS,** the Parties require additional time to finalize the settlement agreement reached in principle.

### IT IS NOW THEREFORE STIPULATED AND AGREED AS FOLLOWS:

The deadline for Bradley Dietz; Don MacKenzie; and Cerberus Business Finance, LLC to answer, move, or otherwise respond to the Complaint filed by AAC Holding Corp.; Prudential Capital Partners IV, L.P.; Prudential Capital Partners Management Fund IV, L.P.; Prudential Capital Partners (Parallel Fund) IV, L.P.; and Falcon Strategic Partners IV, LP is hereby extended until 5:00 Central Time on March 4, 2021.  Further, all other deadlines shall be tolled until 5:00 p.m. Central Time on March 4, 2021.

### ### END OF ORDER ###

4849-1935-3051.1

**STIPULATED AND AGREED TO BY:**

Jason S. Brookner
TBN: 24033684
Lydia R. Webb
TBN: 24083758
**GRAY REED & McGRAW LLP**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email:  jbrookner@grayreed.com
　　　　lwebb@grayreed.com

-and-

By: _/s/ Sean A. Mitchell_
　　Paul M. Basta (*pro hac vice*)
　　Lewis R. Clayton (*pro hac vice*)
　　Robert A. Britton (*pro hac vice*)
　　William A. Clareman (*pro hac vice*)
　　Sean A. Mitchell (*pro hac vice*)
　　**PAUL WEISS, RIFKIND WHARTON & GARRISON LLP**
　　1285 Avenue of the Americas
　　New York, New York 10019
　　Telephone:  (212) 373-3000
　　Facsimile:  (212 757-3990
　　Email: pbasta@paulweiss.com
　　　　　lclayton@paulweiss.com
　　　　　rbritton@paulweiss.com
　　　　　wclareman@paulweiss.com
　　　　　smitchell@paulweiss.com

*Counsel for Prudential Capital Partners IV, L.P.;*
*Prudential Capital Partners Management Fund*
*IV, L.P.; Prudential Capital Partners (Parallel Fund)*
*IV, L.P.; and Falcon Strategic Partners IV, LP,*

4

By: *../s/ Susan B. Hersh*
  Susan B. Hersh
  Texas State Bar No. 09543925
  **SUSAN B. HERSH, P.C.**
  12770 Coit Road, Suite 1100
  Dallas, Texas 75251
  Telephone: (972) 503-7070
  Fax: (972) 503-7077
  Email:   susan@susanbhershpc.com

  *Proposed Counsel to AAC Holding Corp.*

Adam C. Harris
(*pro hac vice* forthcoming)
Gayle R. Klein
  Texas Bar No. 00797348
Peter J. Amend
(*pro hac vice* forthcoming)
Kelly (Bucky) Knight
(*pro hac vice* forthcoming)
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel:   (212) 756-2000
Fax:   (212) 593-5955
Email:  adam.harris@srz.com
      gayle.klein@srz.com
      peter.amend@srz.com
      kelly.knight@srz.com

*Counsel to Defendant Cerberus Business Finance, LLC*

Joseph E. Bain
Texas Bar No. 24085187
Amy K. Anderson
Texas Bar No. 24077064
Gabrielle A. Ramirez
(*pro hac vice* forthcoming)
**JONES WALKER LLP**
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:   (713) 437-1800
Fax:   (713) 437-1810
Email:  jbain@joneswalker.com
      aanderson@joneswalker.com
      gramirez@joneswalker.com

By: */s/ Mark A. Mintz*
Mark A. Mintz
(*pro hac vice* forthcoming)
Caroline V. McCaffrey
(*pro hac vice* forthcoming)
**JONES WALKER LLP**
201 St. Charles Avenue
New Orleans, Louisiana 70170
Tel:   (504) 582-8000
Fax:   (504) 582-8583
Email:  mmintz@joneswalker.com
      cmccaffrey@joneswalker.com

By: _/s/ Laura Davis Jones_____
Laura Davis Jones
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com

Michael D. Warner (TX Bar No. 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com

*Counsel to Bradley Dietz and Don MacKenzie*

4849-1935-3051.1